# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **Abudu John Igein** | * | |
| *Plaintiff* | * | |
| v. | * | |
| | * | |
| **STATE FARM MUTUAL** | * | |
| **AUTOMOBILE INSURANCE** | * | |
| **COMPANY** | * | |
| | * | |
| | * | |
| **Amirah Shae Mann** | * | Case No: 1: 20cv4287 |
| | * | |
| *Defendants* | * | Jury Trial Demanded |

## *Pursuant to Fed. Rule of Civil Procedure 56 (c)*

### §2423.27 MOTION FOR SUMMARY JUDGMENT

Comes now Abudu John Igein, Pro Se Plaintiff and herein moves this Court for entry of an Order on his Motion for Summary Judgment against Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and Amirah Shae Mann.

## Reasons for Summary Judgment

1. Amirah Shae Mann cannot be served. The address she provided on her police report is bogus. Attempt to serve her with the complaint was returned not served.

2. Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY has not provided any defense to the Plaintiff claims and should be held accountable for all the allegations in the latter's complaint.

3. The Court needs to hold Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY liable and award an ORDER of Summary Judgment with PREJUDICE.

4. Again, there is no genuine dispute at this point. Summary Judgment should be entered in favor of the Plaintiff.

## CONCLUSION

1. For this reason, and all other reasons incorporated in the complaint, this Court should award Summary Judgment and issue an ORDER WITH PREJUDICE in favor of the Plaintiff, the movant, in the amount of $1.5 million dollars plus Punitive and Injunctive damage, Court Costs plus interests AS A MATTER OF LAW.

Respectfully Submitted
_____
Abudu John Igein
5051 Brown Leaf Court
Powder Springs GA 30127
404-947-9278

Dated: 01/25/2021

# Certificate of Service

I hereby served my Motion for Summary Judgment to the following recipients by certified mail.

State Farm Ins. Company
40 Technology Parkway
Norcross GA 30092
10/28/2020 Complaint received by J. Grisson


Amirah Shae Mann
2993 Bonds Lake Road
Conyers GA 30012

Office of the Clerk
2211 United States Courthouse
75 Ted Turner Drive SW
Atlanta GA 30303-3361

Respectfully Submitted
_____
Abudu John Igein
5051 Brown Leaf Court
Powder Springs GA 30127
404-947-9278

Dated: 01/25/2021

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: AUTO
STATE FARM INS CO
40 TECHNOLOGY PKWY
NORCROSS GA 30092

9590 9402 5574 9274 6597 88

2. Article Number (Transfer from service label)
7020 1290 0002 3185 9928

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): J. Grissom
C. Date of Delivery: 10/28/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT** (Domestic Mail Only)

Conyers GA 30012
Certified Mail Fee: $3.55
Extra Services & Fees:
- Return Receipt (hardcopy): $2.85
- Return Receipt (electronic): $0.00
- Certified Mail Restricted Delivery: $0.00
- Adult Signature Required: $0.00
- Adult Signature Restricted Delivery: $0.00

Postage: $2.40
Total Postage and Fees: $8.80

Sent To: AMIRAH SHAE MANN
Street and Apt. No.: 1913 BONDS LK RD
City, State, ZIP+4: CONYERS GA 30012

Postmark: 10/26/2020

7020 1290 0002 3185 9018

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT** (Domestic Mail Only)

7020 1290 0002 3185 9928

Peachtree Corners GA 30092
Certified Mail Fee: $3.55
Extra Services & Fees:
- Return Receipt (hardcopy): $2.85
- Return Receipt (electronic): $0.00
- Certified Mail Restricted Delivery: $0.00
- Adult Signature Required: $0.00
- Adult Signature Restricted Delivery: $0.00

Postage: $4.60
Total Postage and Fees: $11.00

Sent To: STATE FARM INS
Street and Apt. No.: 40 TECHNOLOGY PKWY
City, State, ZIP+4: NORCROSS GA 30092

Postmark: 10/26/2020

AMIRAH SHAE MANN
2993 BONDS LU
CONYERS GA



RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 30127890995 1                  2175N30

CERTIFIED MAIL

7020 1290 0002 3186 1310

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

1. Article Addressed to:

AMIRAH SHAE MANN
2993 BONDS LK RD
CONYERS GA 30012

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No



9590 9402 5574 9274 6597 95

2. Article Number (Transfer from service label)

7020 1290 0002 3186 1310

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

Abudu Igein
5051 Brown Leaf Ct.
Powder Springs, GA 30127

U.S. POSTAGE PAID
FCM LG ENV
POWDER SPRINGS, GA
30127
JAN 25, 21
AMOUNT
$4.80
1028   30303   R2307N153021-31

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 0160 0000 2854 8421

Office of the Clerk
2211 United States Courthouse
75 Ted Turner Drive SW
Atlanta GA 30303-3361

U.S. Marshals Service
Atlanta, GA
JAN 28 2021
CLEARED